**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

WISCONSIN PIPE TRADES HEALTH FUND,
KENOSHA PLUMBERS LOCAL 118 PENSION FUND,
and KENNETH BASTIAN;

                    Plaintiffs,

   vs.                                              Case No. 06-C-0382

R. DEHAAN PLUMBING, INC.,

                    Defendant.

## AMENDED ORDER FOR JUDGMENT

Plaintiff's Motion, Request and Application for Default Judgment, along with other documents, in relation to the above-captioned action were filed on June 21, 2006.

Default judgment was entered against the defendant on June 22, 2006. The judgment entered included an injunction requiring the defendant to submit to an audit of its payroll books and records.

Now, based on the Amended Affidavit in Support of Damages and Attorneys Fees, now on file, the Court, having duly heard all issues and a decision having been duly rendered, finds the following:

      1.     While untimely, defendant R. DeHaan Plumbing, Inc., has complied with the Court's previous order dated June 22, 2006, to submit to an audit of the company's books and records by the plaintiff Fund's designated representative covering the period of June 1, 2003, to the present date and no deficiencies were discovered;

On the basis of these findings,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs Wisconsin Pipe Trades Health Fund, Kenosha Plumbers Local 118 Pension Fund, and Kenneth Bastian, and against defendant R. DeHaan Plumbing, Inc., in the amount of $590.65 representing plaintiffs' fees and costs in this matter.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2007.

BY THE COURT:

s/J. P. Stadtmueller
J. P. STADTMUELLER
U.S. District Judge